**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-7460**

BLAKE SANDLAIN,

        Petitioner - Appellant,

    v.

BARBARA RICKARD, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:19-cv-00025-DAF)

Submitted:  April 16, 2020                    Decided:  April 20, 2020

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Blake Sandlain, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Sandlain, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge, denying his motion for injunctive relief, and denying relief on Sandlain's 28 U.S.C. § 2241 (2018) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sandlain v. Rickard*, No. 1:19-cv-00025-DAF (S.D.W. Va. Sept. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*